**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LUIS QUINTERO-ANDRADE,** *Petitioner,*<br><br>v.<br><br>**J.L. JAMISON,** Warden, Federal Detention Center, Philadelphia; **JOHN E. RIFE,** Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office; **MARKWAYNE MULLIN,** Secretary of the Department of Homeland Security; **TODD BLANCHE,** Acting Attorney General of the United States; **U.S. DEPARTMENT OF HOMELAND SECURITY**, *Respondents.* | **Civil No. 26-8155** |

**ORDER**

**AND NOW**, this 24th day of November, 2026, upon consideration of Respondents' Letter (ECF No. 10), it is hereby **ORDERED** that Respondents shall produce the body-worn camera footage from Petitioner's arrest to the Court and to Petitioner's counsel no later than 5:00 p.m. on Tuesday, November 24, 2026.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge